No. 73–846. WINGO, WARDEN *v.* WEDDING. C. A. 6th Cir. [Certiorari granted, 414 U. S. 1157.] Motion of the Attorney General of California for leave to participate in oral argument as *amicus curiae* denied.

No. 73–5661. ADAMS ET AL. *v.* SECRETARY OF THE NAVY ET AL. C. A. 9th Cir. [Certiorari granted, 414 U. S. 1128.] Motion for appointment of counsel granted. It is ordered that William A. Dougherty, Esquire, of Tustin, California, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioners in this case.

No. 73–5845. JACKSON *v.* METROPOLITAN EDISON CO. C. A. 3d Cir. [Certiorari granted, 415 U. S. 912.] Motion of Public Service Commission of New York for leave to file a brief as *amicus curiae* granted.

No. 73–5740. BARKER *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS;

No. 73–6195. SAYLES *v.* GESELL, U. S. DISTRICT JUDGE; and

No. 73–6290. GOZZETTI *v.* FOLEY, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 73–689. MANESS *v.* MEYERS, JUDGE. 169th Jud. Dist. Ct. Tex., Bell County. Certiorari granted.